# Order

Michigan Supreme Court
**Lansing, Michigan**

May 5, 2021

Bridget M. McCormack,
Chief Justice

160806(68)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

KELLY GOTTESMAN, on Behalf of Himself
and All Others Similarly Situated,
      Plaintiff-Appellee,

v

SC: 160806
COA: 344568
Wayne CC: 17-014341-CZ

CITY OF HARPER WOODS,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a supplemental brief in support of the application for leave to appeal is GRANTED. The supplemental brief submitted on May 3, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2021



Clerk